JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASTELLANOS, | Case No. 2:23-cv-05801-RGK-JC |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| STERLING PRICE, | |
| Respondent. | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: 7/26/2023

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE